**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00732-CV

———————————

**GABA CONSTRUCTION SERVICES, LLC, Appellant**

**V.**

**SANDEEP PATEL, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-52649**

---

## MEMORANDUM OPINION

Appellant GABA Construction Services, LLC has filed a motion to dismiss this appeal, stating that the parties have resolved their differences. The motion contains a certificate of conference in which appellant states that appellee is unopposed to dismissal of the appeal.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.